IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BIANCA SHIRLAIN NEWMAN, #02392107, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § § | No. 3:23-cv-00514-E (BT) |
| ERLEIGH NORVILLE WILEY, et al., Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

On May 18, 2023, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. (Doc. 13). Objections were filed. (Doc. 15). The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which the objection was made, and reviewed the remaining portions of the proposed Findings, Conclusions, and Recommendation for plain error. Upon such review, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED:** June 13, 2023.

*[signature]*
Ada Brown
UNITED STATES DISTRICT JUDGE